———————

Surís, Demandante y Apelante, *v.* Quiñones et al., Demandados y Apelados.

Apelación procedente de la Corte de Distrito de Mayagüez en un caso sobre reivindicación de finca rústica.

Moción del apelado El Banco de Puerto Rico para eliminar de la traducción de la transcripción de autos preparada a los efectos de la apelación para ante la Corte Suprema de los Estados Unidos, la parte de la exposición del caso traducida.

No. 439.—Rsuelto en mayo 18, 1914.

Apelación a la Corte Suprema de los Estados Unidos—Traducción Sólo de una Parte de la Exposición del Caso Aprobada por el Tribunal Sentenciador—Eliminación de la Misma.—Cuando una parte al preparar la traducción de la transcripción de autos a los efectos de una apelación para

ante la Corte Suprema de los Estados Unidos sólo traduce aquella parte de la exposición del caso aprobada por el tribunal sentenciador que conviene a su derecho, y no la exposición íntegra, procede la eliminación de la parte incluída.

Los hechos están expresados en la resolución.

Abogados del apelante: *Sres. Fernando Vázquez y Hugh R. Francis.*

Abogado de El Banco de Puerto Rico: *Sr. Antonio Sarmiento.*

Abogado de Francisco P. Quiñones: *Sr. Benito Forés.*

### RESOLUCIÓN DEL TRIBUNAL.

POR CUANTO, el apelado, el Banco de Puerto Rico, ha presentado moción para que se eliminen de la traducción de la transcripción de autos los documentos comprendidos desde el folio 93 al 115, por ser una parte solamente de las pruebas presentadas en el juicio e incluídas en la exposición del caso aprobada por el tribunal sentenciador.

POR CUANTO, dichos folios comprenden los siguientes documentos:

1. *Affidavit* de Fernando Vázquez para demostrar que la cuantía litigiosa excede de $5,000 (folio 93);

2. Escrito de Federico Philippi, promoviendo expediente posesorio de parte de la Hacienda Imiza, ante el Juez de Primera Instancia de San Germán (folios 94 a 98);

3. Certificación del Registrador de la Propiedad de San Germán de 18 de Febrero de 1908 (folios 99 a 103);

4. Certificación del Escribano de Cámara de la Real Audiencia, de la sentencia dictada en los autos sobre concurso voluntario de acreedores de los Hermanos Surís (folios 104 a 106);

5. Escritura de 5 de mayo de 1889 otorgada por Federico Philippi ante el Notario José R. Nazario de Figueroa, sobre agrupación de fincas (folios 107 a 115);

6. Declaración de Federico Philippi (folios 112 a 115);

7. Cuenta de Schulze & Co., de mayo 25, 1894.

POR CUANTO la prueba relacionada anteriormente sólo constituye una fracción de la aportada al juicio por ambas partes, y que consta en la exposición del caso.

POR TANTO, no estando permitido a las partes el traducir solamente la parte de la prueba que a su derecho convenga, se declara con lugar la moción del apelado, y en su virtud se ordena la eliminación de los documentos relacionados anteriormente, con excepción del *affidavit* de Fernándo Vázquez de febrero 14, 1914, relativo al montante de la cuantía litigiosa en este pleito.

*Concedida la moción de eliminación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de esta moción.